

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | June 26, 2017 |
| U.S. v. VICENTE MONTALVO-RODRIGUEZ | |
| 8:17CR217 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA LECIA E. WRIGHT |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒   Unseal the Indictment and any underlying Magistrate Case

☐   Unseal the Magistrate Case

☐   Unseal the Indictment but the underlying Complaint and Affidavit should remain

   **Restricted**

☐   Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

   **Restricted**