IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. VICENTE MONTALVO-RODRIGUEZ, Defendant. | 8:17CR217  LIST OF EXHIBITS  Case Number: 8:17CR217 Courtroom Deputy: _____ Court Reporter: _____ |
|---|---|

Trial Date(s): February 5 – 7, 2018

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | Medical Records of Minor Victim | | | | | |
| 2 | | | CAC Recording – January 2017 | | | | | |
| 3 | | | CAC Recording – June 2017 | | | | | |
| 4 | | | Floor Plan of 114 Little Six Avenue, Santee Sioux Nation Indian Reservation | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

1

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

        UNITED STATES OF AMERICA, Plaintiff

        ROBERT C. STUART
        Acting United States Attorney
        District of Nebraska

By:   *s/ Lecia E. Wright*
        LECIA E. WRIGHT, #24562
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3084
        E-mail:  Lecia.Wright@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Julie A. Frank,** CJA Panel Attorney, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants: NONE.

        *s/ Lecia Wright*
        Assistant U.S. Attorney