IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>VICENTE MONTALVO-RODRIGUEZ,<br><br>           Defendant. | 8:17CR217<br><br>MOTION FOR DISMISSAL |

COMES NOW the Plaintiff, United States of America, and pursuant to Fed. R. Crim. P. 48(a), respectfully requests leave to dismiss, without prejudice, the Indictment filed herein, as it relates to the Defendant, VICENTE MONTALVO-RODRIGUEZ.

                        UNITED STATES OF AMERICA, Plaintiff

                        ROBERT C. STUART
                        Acting United States Attorney
                        District of Nebraska

By:   *s/ Lecia E. Wright*
      LECIA E. WRIGHT, #24562
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE   68102-1506
      Tel:   (402) 661-3700
      E-mail:   Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Julie A. Frank,** CJA Panel Attorney, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants: NONE.

                                            *s/ Lecia Wright*
                                            Assistant U.S. Attorney