IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VICENTE MONTALVO-RODRIGUEZ,<br><br>　　　　　　Defendant. | 8:17CR217<br><br>ORDER FOR DISMISSAL |

NOW ON THIS ___ day of February, 2018, this matter is before the Court on the United States' Motion for Dismissal. The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1.　Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, VICENTE MONTALVO-RODRIGUEZ.

2.　The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, VICENTE MONTALVO-RODRIGUEZ.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT F. ROSSITER, JR.
　　　　　　　　　　　　　　　　United States District Court Judge